IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWAYNE KENNETH VARISTE,<br><br>          Defendant. | No. CR 01-00396 WHA<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE |

On Tuesday, July 15, 2008 Edwayne Variste is currently scheduled to appear before the Court for a periodic status hearing regarding his performance on supervised release. In this stipulated order, counsel for Mr. Variste represents that he is unavailable on the 15th and requests that the status appearance be continued to Tuesday, July 22, 2008 at 2:00 p.m.

The government has no objection to this request, and both the government and Probation Officer Octavio Magaña are available on the 22nd.

//
//
//
//
//

*Variste*, CR 01-00396 WHA
ORD. CONT. STATUS APPEARANCE

1    Therefore, for good cause shown the status appearance now scheduled for July 15th is
2 vacated. The matter shall be added to the Court's calendar on Tuesday, July 22, 2008 at 2:00
3 p.m. for status regarding supervised release.

6  IT IS SO ORDERED.

   July 11, 2008.
8  _____                                    _____
   DATED                                         WILLIAM ALSUP
9                                                 United States District Court Judge

11  IT IS SO STIPULATED.

   July 9, 2008                                  _/s_____
13  DATED                                         JOSEPH P. RUSSONIELLO
                                                 United States Attorney
14                                                Northern District of California
15                                                OWEN MARTIKAN
                                                 Assistant United States Attorney

   July 9, 2008                                  _/s_____
19  DATED                                         BARRY J. PORTMAN
                                                 Federal Public Defender
20                                                Northern District of California
21                                                STEVEN G. KALAR
                                                 Assistant Federal Public Defender

*Variste*, CR 01-00396 WHA
ORD. CONT. STATUS APPEARANCE              2